Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE ANNE MARTIN, et al.,<br><br>Defendants. | Case No. EDCV 25-1606-GW-JCx<br><br>**DEFAULT JUDGMENT** |

Default having been entered against Defendants Stephanie Anne Martin, individually and d/b/a Whiskey Barrel Saloon a/k/a The Whiskey Barrel and The Whiskey Barrel Hesperia, LLC, an unknown business entity d/b/a Whiskey Barrel Saloon a/k/a The Whiskey Barrel (hereinafter "Defendants") on September 26, 2025, and the Application for Entry of Default Judgment and documentation in support thereof having been filed on or about October 29, 2025, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of

default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants and in favor of G & G Closed Circuit Events, LLC on Plaintiff's 47 U.S.C. § 605 and conversion claim, and that damages and attorneys' fees be awarded to Plaintiff, as follows:

a. Damages under 47 U.S.C. § 605(e)(3)(C)(i)(II):   $    2,000.00

b. Damages under 47 U.S.C. § 605(e)(3)(C)(ii):    $   10,000.00

c. Attorneys' Fees:                                $    1,320.00

Total: $   13,320.00

**It is so ordered**:

Dated: December 16, 2025

_____
**HON. GEORGE H. WU,
United States District Judge**